1  DANIEL C. DECARLO, SB# 160307
   E-Mail: decarlo@lbbslaw.com
2  ROBERT M. COLLINS, SB# 254915
   E-Mail: rcollins@lbbslaw.com
3  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  Attorneys for EWI WORLDWIDE

*REDACTED*

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| PREMIER DISPLAYS & EXHIBITS, INC., a California corporation, | CASE NO. SACV-09-00354JVS (ANx) |
| Plaintiff, | The Honorable James V. Selna |
| v. | **DECLARATION OF TRACY LYNN TROTTER COGSWELL IN SUPPORT OF DEFENDANT EWI WORLDWIDE'S MOTION FOR SUMMARY JUDGMENT OR IN THE ALTERNATIVE ADJUDICATION OF ISSUES** |
| DAVID COGSWELL; an individual; COGSWELL DESIGN, INC., a California corporation; DISPLAY FABRICATION GROUP, INC., a California corporation; EWI WORLDWIDE, aka PRESENTATION WORKS, INC., aka EXHIBITS WORKS, INC., a Michigan corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | TRIAL DATE:   February 23, 2010 |
| | **[FILED UNDER SEAL PURSUANT TO SEPTEMBER 25, 2009, ORDER RE DESIGNATION AND HANDLING OF CONFIDENTIAL MATERIALS]** |

I, Tracy Lynn Trotter Cogswell, declare as follows:

1.    In March of 2008, I was Creative Director, Graphic Communications for EWI Worldwide ("EWI"). In my capacity as Creative Director, Graphic Communications, I was a member of the EWI creative team that conceptualized and

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1   created the Blue Sky Cellar Project for Walt Disney Imagineering ("WDI"). The
2   facts set forth herein are of my own personal knowledge and if sworn I could and
3   would testify competently thereto.

4       2.    EWI Worldwide is Live Communications Company whose work
5   includes design and construction of museum exhibits, theme park attractions, mobile
6   marketing, drive programs, and events.

7       3.    On or about March 3, 2008, EWI received a Request for Proposal from
8   WDI for the design and construction of the Blue Sky Cellar Project at the Disney
9   California Adventure theme park. Pursuant to WDI's Request for Proposal, EWI
10  was to submit a bid proposal package and make a presentation to WDI on March 24,
11  2008. Attached hereto as Ex. "A" is a true and accurate copy of information
12  regarding the Blue Sky Cellar, printed from http://disneyland.disney.go.com, that
13  fairly describes what the Blue Sky Cellar is.

14      4.    In my capacity as Creative Director, Graphic Communications for the
15  Blue Sky Cellar project, I was familiar with the Request for Proposal from WDI for
16  the Blue Sky Cellar project. The project was called the "California Adventure
17  Preview Center" and the "Blue Sky Cellar", and was an effort by WDI to transform
18  an exhibit at the Disney California Adventure theme park from an exhibit featuring
19  California wine into a different concept. Specifically, the project called for the
20  transformation of an existing structure and grounds from the then California winery
21  related theme to a theme park attraction which would appear to be a space occupied
22  by WDI "Imagineers". The original concept was that guests would be taken on a
23  tour of an Imagineer occupied space where they could view the work of real Disney
24  Imagineers on upcoming attractions for Disney theme parks. Aside from these
25  foundational concepts provided by WDI, EWI developed all of the ideas and
26  concepts for the Blue Sky Cellar project.

27      5.    At our home, on or about the evening of March 19, 2008, I showed my
28  husband, David Cogswell, several computer assisted drawings ("CAD") that EWI

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4836-7313-8181.1

2

SACV-09-00354JVS (ANx)
DECLARATION OF TRACY LYNN TROTTER COGSWELL

1 had developed for the project. A true and correct copy of the CAD drawings I

2 showed my husband are attached hereto as Ex. "B".

3     6.      I asked my husband to reference the CAD drawings I provided to him

4 and I asked him to prepare a hand drawn sketch by tracing over one of the images,

5 and gave him direction on how the sketch should be prepared. The hand drawn

6 sketch (hereinafter "Preliminary Sketch") my husband prepared is an artistic

7 rendering of one of the interior walls of the Blue Sky Cellar. A true and correct

8 copy of the Preliminary Sketch created by my husband at my direction on or about

9 March 19, 2008, is attached hereto as Ex. "C".

10     7.      On March 21, 2008, I asked my husband to send via e-mail, a copy of

11 the Preliminary Sketch he created to me and to Carter Lee, who was also a member

12 of EWI's creative team for the Blue Sky Cellar project.

13     8.      I received the Preliminary Sketch from my husband via e-mail on the

14 evening of March 21, 2008. The image was thereafter shown to the rest of EWI's

15 creative team by me, and my husband was later invited by me on behalf of EWI to

16 prepare a final sketch (hereinafter "Final Sketch").

17     9.      On March 22, 2008, my husband prepared the Final Sketch on his own

18 time, away from Premier's offices. A true and correct copy of the Final Sketch

19 created by my husband on March 22, 2008, is attached hereto as Ex. "D". Like the

20 Preliminary Sketch, the Final Sketch was also an expression of the ideas and

21 concepts that EWI and WDI had developed for the Blue Sky Cellar project.

22     10.      I am familiar with the bid proposal package submitted to WDI by EWI

23 on March 24, 2008, and I can attest that only the Final Sketch, and not the

24 Preliminary Sketch, was included in the bid proposal package. A true and correct

25 copy of the artistic renderings contained in the creative treatment part of the March

26 24, 2008, bid proposal package submitted to WDI is attached hereto as Ex. "E".

27     11.      All of the concepts and ideas expressed in the Preliminary Sketch and

28 Final Sketch prepared by David Cogswell were well known to me and to the other

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

1  members of the EWI creative team prior to my husband's creation of the
2  Preliminary Sketch and Final Sketch. I know this because as part of my job as the
3  Creative Director, Graphic Communications, and EWI team member for the Blue
4  Sky Cellar project, I worked closely with the EWI Blue Sky Cellar team members in
5  our creation and development of the concepts and ideas that became part of our
6  proposal to WDI.

7       12.    I declare under penalty of perjury under the laws of the State of
8  California that the foregoing is true and correct. Executed this 25th day of
9  November 2009, at Foothill Ranch, California.

10
11
12                                                Tracy Lynn Trotter Cogswell
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT A**

| Games | Videos | Create | My Page | Characters | Movies | TV | Music | Live Events | Parks | Store | For You | Search Disney.com |

## Disneyland
Home

Search Disneyland.com  **GO**

My Disneyland   Annual Passholders

### DISNEY'S CALIFORNIA ADVENTURE® PARK



- Attractions
- Entertainment
- Dining
- Shopping
- Tours

View More *Disney's California Adventure®* Park Attractions

**Walt Disney Imagineering Blue Sky Cellar**



Choose an Experience

**THIS ATTRACTION IS SUGGESTED FOR:**

- Families with Kids
- Families with Teens

**TODAY'S HOURS**

November 24, 2009
10:00 am - 10:00 pm
See all park hours

**Buy Tickets**
Save time and money – print your tickets at home!

PREVIEW THE FUTURE

Learn More

**HELPFUL LINKS**

Today's Calendar
Guest Services
Frequently Asked Questions
Site Help
*Disneyland*® Resort Brochure

**TIPS & FUN FACTS**

Log In to Save to My Favorites

Get a rare preview of upcoming magic through the eyes of Walt Disney Imagineers at *Disney's California Adventure®* Park. Marvel at the creative process used to develop current ideas into future attractions. Imagineers have revealed an abundance of eye-opening materials in the Blue Sky Cellar where innovative concepts are cultivated that include:

- Sketches, concept art, models and maquettes
- Note cards describing plans for new attractions, shops, shows and restaurants
- A video journal featuring the Imagineer's creative progress and displayed on a spectacular 103-inch plasma television.

Also, answer a variety of trivia questions on one of four interactive video screens to learn more about Walt Disney's adventures in California and how they inspired shows and attractions at *Disney's California Adventure®* Park.

**Category:** Discovery
**Location:** Golden State
**This attraction is Only at the *Disneyland®* Resort**

**Additional Information**
- Guests may remain in their wheelchair or Electric Convenience Vehicle to experience this attraction.

International Sites:

Select One [GO]

Disneyland Estados Unidos en Español

---

**Disneyland.com**

Disneyland.com Help | Disneyland FAQ | Disneyland.com Site Map | Disneyland Guest Services | Contact Us

View low bandwidth site | Share Website Feedback



Disney.com Guest Services/Help | Site Map

Privacy Policy/Your California Privacy Rights | Terms of Use | Internet Safety

© Disney. All rights reserved.

**EXHIBIT  B**

Redacted

Redacted

Redacted

**EXHIBIT C**



**EXHIBIT E**

Redacted

Redacted

Redacted



Redacted

Redacted

Redacted



Redacted

Redacted



Redacted



Redacted



Redacted



Redacted



Redacted



Redacted



Redacted



Redacted



Redacted