1 | DANIEL C. DECARLO, SB# 160307
E-Mail: decarlo@lbbslaw.com
2 | ROBERT M. COLLINS, SB# 254915
E-Mail: rcollins@lbbslaw.com
3 | **LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
4 | Los Angeles, California 90012
Telephone: 213.250.1800
5 | Facsimile: 213.250.7900

6 | Attorneys for Defendant EWI Worldwide

8 | UNITED STATES DISTRICT COURT

9 | CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER DISPLAYS & EXHIBITS, INC., a California corporation, | CASE NO. SACV09-354JVS(ANx) |
| Plaintiff, | The Honorable James V. Selna |
| v. | **AMENDED JUDGMENT** |
| DAVID COGSWELL, an individual; COGSWELL DESIGN, INC., a California corporation; DISPLAY FABRICATION GROUP, INC., a California corporation; EWI WORLDWIDE, aka, PRESENTATION WORKS, INC., aka EXHIBIT WORKS, INC., a Michigan corporation, and DOES 1 through 50, inclusive, | |
| Defendants. | |

LEWIS BRISBOIS

4812-9910-6053.1

JUDGMENT

This action came on for hearing before the Court on December 21, 2009, Honorable James V. Selna, District Judge presiding, on EWI Worldwide's Motion for Summary Judgment, and the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered, and finding no just reason for delay pursuant to Federal Rule of Civil Procedure Rule 54(b),

IT IS ORDERED AND ADJUDGED that plaintiff Premier Displays & Exhibits, Inc., take nothing from defendant EWI Worldwide, that EWI Worldwide be adjudged the prevailing party on its single claim for relief asserted against EWI Worldwide by Premier Displays & Exhibits, Inc., that the action be dismissed on the merits in its entirety as to defendant EWI Worldwide, and that defendant EWI Worldwide recover its costs.

DATED: January 15, 2010

_____
The Honorable James V. Selna
United States District Court Judge