```
 1  THE KNOX-RAPHAEL LAW FIRM
    Laura Knox-Raphael (State Bar No. 130334)
 2  9210 Irvine Center Drive
    Irvine, California 92618
 3  Tel: (949) 660-1609
    Fax: (949) 660-1647
 4
    Attorney for Plaintiff
 5  PREMIER DISPLAYS & EXHIBITS, INC.
    A California Corporation
 6
```

JS-6

FILED
CLERK, U.S. DISTRICT COURT

OCT 2 9 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PREMIER DISPLAYS & EXHIBITS, Inc., A California Corporation.<br><br>Plaintiff,<br><br>v.<br><br>DAVID COGSWELL, An Individual; COGSWELL DESIGN, INC., A California Corporation; DISPLAY FABRICATION GROUP, INC., A California Corporation; EWI WORLDWIDE, aka, PRESENTATION WORKS, INC., aka EXHIBITS WORKS, INC., A Michigan Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO.: SACV09- 354 JVS (ANx)<br><br>Assigned to The Honorable James V. Selna<br><br>ORDER ON<br>NOTICE OF DISMISSAL WITH PREJUDICE OF DEFENDANT'S DAVID COGSWELL AND COGSWELL DESIGN, INC.<br><br>[Fed. R. Civ. Proc. 41(a)(1)(i)]<br><br>Second Amended Complaint filed August 6, 2009 |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD HEREIN:

PLEASE TAKE NOTICE that pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff PREMIER DISPLAYS & EXHIBITS, INC., A California Corporation

//

//

1
Notice of Dismissal with Prejudice of Cogswell & Cogswell Design F.R.C.P. 41(a)(1)(i)

1  ("Premier"), dismisses this action in its entirety with prejudice as against Defendant
2  DAVID COGSWELL, An Individual ("Cogswell") and COGSWELL DESIGN, INC.,
3  A California Corporation ("Cogswell Design").

                                      Respectfully Submitted,

Dated: October 27, 2010      **THE KNOX-RAPHAEL LAW FIRM**

By: ____/s/_____
      Laura Knox-Raphael
Attorneys for Plaintiff PREMIER DISPLAYS &
EXHIBITS, INC.

IT IS SO ORDERED

Dated 10/29/10

[signature]
United States District Judge